IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR221 |
| v. | |
| DAVID MONARREZ and DANIEL GONZALEZ-JIMENEZ, | ORDER |
| Defendants. | |

This matter is before the Court on the government's Motion to Dismiss Forfeiture Allegation in Part (Filing No. 28). Upon careful review of the government's motion and the record in this case, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation in Part (Filing No. 28) is granted.

2. Paragraph 2.e. of the Forfeiture Allegation (the 2016 Chevrolet Silverado, VIN: 3GCUKSEC9GG244908) of the Indictment (Filing No. 1) is dismissed.

Dated this 6th day of October 2022.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
Chief United States District Judge