IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR221 |
| vs. | ORDER |
| DAVID MONARREZ, | |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Deborah D. Cunningham to withdraw as counsel for the defendant, David Monarrez (Filing No. 51). Stuart J. Dornan has filed an entry of appearance as retained counsel for David Monarrez. Therefore, Deborah D. Cunningham's motion to withdraw (Filing No. 51) will be granted.

Deborah D. Cunningham shall forthwith provide Stuart J. Dornan any discovery materials provided to the defendant by the government and any such other materials obtained by Deborah D. Cunningham which are material to David Monarrez's defense.

The clerk shall provide a copy of this order to Stuart J. Dornan.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge