IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MONARREZ, a/k/a "Spooky," and DANIEL GONZALEZ-JIMENEZ,<br><br>Defendants. | 8:22CR221<br><br>ORDER |

This matter is before the Court upon the government's Motion to Dismiss item "c", the 2013 Audi A6, VIN: WAUGFC3DN082350, from the Forfeiture Allegation of the Indictment. (Filing No. 80). The Court finds the Motion should be granted.

IT IS THEREFORE ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation in Part (Filing No. 80) is granted.

2. The forfeiture allegation of the Indictment is dismissed only as to item "c", the 2013 Audi A6, VIN: WAUGFC3DN082350.

Dated this 2nd day of October 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge