IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID MONARREZ,<br><br>　　　　　　　Defendant. | 8:22CR221<br><br>FINAL ORDER<br>OF FORFEITURE |

　　　　This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 96).  The Court has carefully reviewed the record in this case and finds as follows:

　　　　1.　　On October 25, 2023, the Court entered a Preliminary Order of Forfeiture (Filing No 89) forfeiting defendant's interest in the following property:

　　　　　　a.　　$37,250.00 United States currency seized from David Monarrez, a/k/a "Spooky," and Daniel Gonzalez-Jimenez, on August 31, 2022;

　　　　　　b.　　$14,425.00 United States currency seized from David Monarrez, a/k/a "Spooky," and Daniel Gonzalez-Jimenez, on August 31, 2022; and

　　　　　　c.　　A 2014 Chevrolet Silverado, VIN: 3GCUKSEC4EG559886.

　　　　2.　　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 26, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed herein on January 8, 2024 (Filing No. 95).

　　　　3.　　The government has advised the Court that no Petitions have been filed.  A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 96) is granted.
2. All right, title and interest in and to the above-described property taken from David Monarrez, a/k/a "Spooky," and Daniel Gonzalez-Jimenez on or about August 31, 2022, held by any person or entity are forever barred and foreclosed.
3. The above-described property is forfeited to the government.
4. The government is directed to dispose of that property in accordance with law.

Dated this 12th day of January 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge